# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DYNETTA HADRICK WOODS

NO. 2021 KW 0612

**AUGUST 16, 2021**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-12-0330.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED AND MADE PEREMPTORY.** The district court ruling of May 26, 2021 terminating the probation of respondent is hereby VACATED. The jurisdiction of the district court was divested and the jurisdiction of this court attached on May 21, 2019. La. Code Crim. P. art. 916. Thereafter, the district court had no jurisdiction to act, except as provided by Article 916. Terminating probation is not an exception enumerated in Article 916. Accordingly, the district court lacked jurisdiction to terminate respondent's probation on May 26, 2021. See **State v. Jones**, 604 So.2d 1335 (La. App. 2d Cir. 1992).

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT